worman

Print   Cancel

## John Ramirez

Eric Allen <eric@eallenlaw.com>
Mon 7/13/2020 11:45 AM

To: kristen.worman@tdcj.texas.gov <kristen.worman@tdcj.texas.gov>

Ms. Worman,

I had written a letter to you regarding the execution of John Ramirez on September 9, 2020.  The reason for my writing is to see if you had made a decision whether or not John's minister can join him in the execution chamber should it go forward on September 9, 2020.  Have you or your staff made such a decision?

Best

Eric

The Law Office of Eric J. Allen, LTD
4200 Regent Street, Suite 200
Columbus, Ohio 43219
Ph:     614-443-4840 (office)
          614-309-0924 (cell)
Fax:   614-573-2924
Email:  eric@eallenlaw.com