Reply all   Delete  Junk  Block  …

## John Ramirez



**Eric Allen**
Fri 7/31/2020 3:35 PM
To: kristen.worman@tdcj.texas.gov

   

Ms. Worman,

Mr. Ramirez is exhausting his grievance in regards to the spiritual advisor. At this point, i am trying to determine if this would be allowed under TDCJ guidelines. We have spoken with Pastor Dana Moore of Corpus Christi. He has ministered to John for four years and they have a good relationship. The minister was cleared under your protocols for the execution of Joseph Garcia. He also indicates he will go thru whatever clearance procedure necessary. Mr. Ramirez has indicated he wants him in the chamber. Please let me know if this is something you can accommodate.

Best,

Eric

The Law Office of Eric J. Allen, LTD
4200 Regent Street, Suite 200
Columbus, Ohio 43219
Ph:    614-443-4840 (office)
         614-309-0924 (cell)
Fax:   614-473-2924
Email:  eric@eallenlaw.com